**Motion Granted and Order filed July 19, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00026-CR
_____

### NICOLE YVETTE BROWN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1376396**

## ORDER

Appellant is represented by appointed counsel, **Natalie Schultz**. Appellant's brief was originally due April 2, 2018. We have granted a total of 91 days to file appellant's brief until July 2, 2018. On July 10, 2018, counsel filed a further request for extension of time until June 30, 2018 to file appellant's brief.

We **GRANT** the request until **July 30, 2018**. **No further extensions will be granted absent extraordinary circumstances.**

If counsel does not timely file appellant's brief as ordered and no extraordinary circumstances are shown, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown